**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MEDDICC LTD.,<br><br>Plaintiff,<br><br>v.<br><br>01CONSULTING LLC D/B/A MEDDIC ACADEMY and DARIUS LAHOUTIFARD.<br><br>Defendants. | Civil Action No. 2:24-cv-01836-WB |

**ORDER AND FINAL JUDGMENT**

**AND NOW**, this 16TH day of July, 2026, upon consideration of the Parties' Stipulation of Dismissal With Prejudice of Remaining Tort Claims filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court's Memorandum Opinion and Order dated April 21, 2026 (ECF Nos. 99, 100), and the Court's Order dated July 9, 2026 (ECF No. 114) denying Plaintiff's Motion for Leave to File a Second Amended Complaint, and for good cause shown, it is hereby **ORDERED** as follows:

1. Plaintiff's claims for interference with contractual relations (Count IV), interference with prospective contractual relations (Count V), and trade libel (Count VI) are **DISMISSED WITH PREJUDICE** pursuant to the Parties' Stipulation.

2. The Court's Order dated April 21, 2026 (ECF No. 100) is **CONFIRMED** and incorporated herein, including: (a) the grant of summary judgment in favor of Plaintiff on its claim for a declaratory judgment of noninfringement; (b) the dismissal with prejudice of all of

Defendants' counterclaims; and (c) the order directing the Director of the United States Patent and Trademark Office to cancel U.S. Trademark Registration Number 6,489,058 pursuant to 15 U.S.C. § 1119.

3. **JUDGMENT IS ENTERED** in favor of Plaintiff MEDDICC Ltd. and against Defendants 01Consulting LLC d/b/a MEDDIC Academy and Darius Lahoutifard on Plaintiff's claim for declaratory judgment of noninfringement and on Plaintiff's claim for cancellation of U.S. Trademark Registration Number 6,489,058.

4. **JUDGMENT IS ENTERED** in favor of Plaintiff MEDDICC Ltd. and against Defendants on all of Defendants' counterclaims, which are dismissed with prejudice.

5. Any motion pursuant to 15 U.S.C. § 1117(a) or any other applicable provision shall be filed within **thirty (30)** days of the date of entry of this Order, with any opposition to be filed within **thirty (30)** days of the filing of the motion. Pursuant to Federal Rule of Appellate Procedure 4(a)(4)(A)(iii), the time for appeal from this final judgment shall not commence until after the Court decides Plaintiff's motion for attorneys' fees.

.6. This Order constitutes **final judgment** in this action, fully and finally resolving all claims asserted by Plaintiff and all counterclaims asserted by Defendants as they appear in the operative Amended Complaint and Answer. The Clerk of Court is directed to mark this case **CLOSED**.

**BY THE COURT:**

S/ WENDY BEETLESTONE

WENDY BEETLESTONE, C.J.