**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MEDDICC LTD.,<br><br>Plaintiff,<br><br>v.<br><br>01CONSULTING LLC D/B/A MEDDIC ACADEMY and DARIUS LAHOUTIFARD.<br><br>Defendants. | Civil Action No. 2:24-cv-01836-WB |

**MEDDICC LTD.'S MOTION FOR ATTORNEYS' FEES**

Plaintiff MEDDICC Ltd. ("Plaintiff") moves for a finding of exceptional case and attorneys' fees under Federal Rule of Civil Procedure 54 and 15 U.S.C. § 1117(a) for the reasons set forth in the Memorandum of Law in support of this Motion, as well as supporting Declarations and Exhibits, which are incorporated by reference.

Respectfully submitted,

Dated: August 14, 2026

**FOX ROTHSCHILD LLP**

By: /s/ Ryan N. Miller
Ryan N. Miller
Christopher D. Olszyk, Jr.
FOX ROTHSCHILD LLP
2001 Market Street, Suite 1700
Philadelphia, PA 19103
Phone: 215-299-2901
Fax: 215-299-2150
rmiller@foxrothschild.com
colszyk@foxrothschild.com

Cali R. Spota (*pro hac vice*)
Dominique J. Carroll (*pro hac vice*)
Jonathan J. Madara (*pro hac vice pending)*
FOX ROTHSCHILD LLP
212 Carnegie Center, Suite 400

Princeton, NJ 08540
Phone: 609-844-7437
Fax: 609-896-1469
cspota@foxrothschild.com
djcarroll@foxrothschild.com
jmadara@foxrothschild.com

*Attorneys for Plaintiff,*
*MEDDICC Ltd.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on the below date, he filed the foregoing with the Court using the ECF system, which will provide notice and a copy to counsel of record.

Dated: August 14, 2026

*/s/ Ryan N. Miller*
*Counsel for Plaintiff, MEDDICC Ltd.*