**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MEDDICC LTD.,<br><br>Plaintiff,<br><br>v.<br><br>01CONSULTING LLC D/B/A MEDDIC ACADEMY and DARIUS LAHOUTIFARD.<br><br>Defendants. | Civil Action No. 2:24-cv-01836-WB |

**ORDER**

**AND NOW**, this ____________ day of __________________, 2026, upon consideration of Plaintiff MEDDICC Ltd.'s Motion for Finding of Exceptional Case and Award of Attorneys' Fees, and any response filed thereto, it is hereby ORDERED that the Motion is GRANTED in its entirety, and it is further ordered that Plaintiff shall be awarded attorneys' fees of $660,173.91, plus any additional amounts reasonably incurred in the prosecution of Plaintiff's Motion.

BY THE COURT:

______________________________
The Honorable Wendy Beetlestone
United States District Judge